IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | Case No. 14-10176___-01, 02- EFM |
| | } | |
| **RAMON PEREZ-RIVERA** and | } | **FILED UNDER SEAL** |
| **ANTONIA VARGAS-ORTEGA,** | } | |
| | } | |
| Defendants. | } | |

## SEALED INDICTMENT

The Grand Jury charges:

### *Introduction*

1.      Defendant Ramon Perez-Rivera was born in Las Liebres, Romita, Guanajuato, Mexico on December 19, 1932, to Miguel Perez and Angelina Rivera, and is a citizen of Mexico.

2.      Defendant Antonia Vargas-Ortega was born in Romita, Guanajuato, Mexico on June 6, 1932, and is a naturalized citizen of the United States.

3.      The defendants were married June 10, 1961, in Romita, Guanajuato, Mexico.

3.      Defendant Perez-Rivera is not a citizen or national of the United States and has no lawful status in the United States. He has been encountered by U.S. immigration officials several times and is assigned Administrative (Alien) File No. A021 xxx 451.

**1**

4.    Defendant Vargas-Ortega is assigned Administrative File No. A092 xxx 061 and received a certificate of naturalization of U.S. citizenship dated July 13, 1995.

5.    Despite having no lawful status in the United States, defendant Perez-Rivera was able to enter the United States unlawfully and spent time the U.S. in the 1950s and 1960s, returned to Mexico, then made his way to California in about 1980, where he lived and worked.

6.    Both defendants were encountered and identified by U.S. immigration officials on or about May 8, 1981, in Oxnard, California, as being unlawfully present in the United States; defendant Perez-Rivera was detained and arrested; defendant Perez-Vargas was not taken into custody based on her promise that she would surrender herself to immigration agents the following day, but she was not present when they returned to the residence where both initially were encountered. She was not taken into custody the previous day because of the presence of their three adolescent children at the residence.

7.    T.A.P. was born November 10, 1928, in Guasti, California, to Angel Ponce and Genovena Montes, and currently lives in Arizona. He obtained a Social Security account number and card in 1949 (xxx-xx-8228) and obtained replacement cards bearing his name and the xxx-xx-8228 SSN in 1972 and 1987. T.A.P. obtained a U.S. Passport in 1984 and used that passport to obtain the 1987 Social Security replacement card.

8.    In 1996, defendant Ramon Perez-Rivera filed a petition to change name in which he falsely represented himself in the filing to be T.A.P., a person who wanted to

**2**

change his name to the defendant Perez-Rivera's name. Defendant Perez-Rivera claimed in the filing that the name "[ T.A.P.]" was "originated by my relatives because my birth certificate could not be located."

9.      In that petition, filed in Ventura County, Calif., Superior Court, defendant Perez-Rivera admitted that his birth name was Ramon Perez-Rivera and that he was born in Mexico on December 19, 1932. He also submitted with the petition a Mexican birth certificate confirming the date and place of birth in Mexico, his parents' names, and the names of his siblings.

10.     On August 12, 1996, defendant Perez-Rivera's fraudulent application for change of name was granted and the court entered an order changing the defendant's claimed name of T.A.P. to Ramon Perez-Rivera.

11.     After that, defendant Perez-Rivera assumed T.A.P.'s personal identifiers, including T.A.P.'s Social Security number, his date of birth, his place of birth, and in some cases, the names of Ponce's parents.

12.     For example, in September 1996 defendant Perez-Rivera used the court order changing T.A.P.'s name to defendant Perez-Rivera's name to amend T.A.P.'s California birth record to reflect the change of name. Defendant Perez-Rivera then obtained a birth certificate in the changed name -- Ramon Perez-Rivera -- that contained T.A.P.'s date of birth (November xx, 1928); T.A.P.'s place of birth (Guasti, San Bernadino County, California); and T.A.P.'s parents' names (Angel Ponce and "Hena Viva" [*sic*]. [T.A.P.'s mother's name was Genovena Montez.] The reference to "Hena

3

Viva" on the amended birth certificate appears to be a clerical error.)

13.     Then, in November 1996, defendant Perez-Rivera fraudulently caused the Social Security Administration to change the name on T.A.P.'s Social Security account (xxx-xx-8228) to "Ramon Perez Rivera" by presenting the amended birth record and the name-change court order, and to issue a Social Security card to him bearing his name but T.A.P.'s SSN. In March 2006 defendant Perez-Rivera obtained a replacement Social Security card bearing his name and the "8828" number.

14.     In December 1997, defendant Perez-Rivera was able to obtain a United States passport using his name but the date of birth and place of birth of T.A.P., as well as T.A.P.'s SSN, which by then was associated with the name Ramon Perez-Rivera.

15.     In about 1998 the defendants moved to Kansas.

16.     Starting in 1999, while living in Kansas, defendant Perez-Rivera applied for federal Medicaid benefits through the State of Kansas in which he falsely represented himself to be a United States citizen born on November 10, 1928, and having a Social Security number of xxx-xx-8228. That application and multiple subsequent annual applications were approved and he has been receiving Medicaid benefits ever since.

17.     Also starting in 1999, the defendants jointly applied for federal "food stamp" benefits through the State of Kansas; in multiple annual applications, defendant Perez-Rivera falsely represented himself to be a United States citizen born November 10, 1928, and have a Social Security number of xxx-xx-8228. Those applications have been approved over the years and the defendants have jointly received food stamp benefits

**4**

since 1999. "Food stamps" are the informal name for Supplemental Nutrition Assistance Program (SNAP) benefits, which are administered by the U.S. Department of Agriculture.

18.     On April 15, 1999, defendant Perez-Rivera submitted a Kansas Voter Registration Application that was processed by the Sedgwick County, Kansas, Election Commissioner's Office, thereby registering to vote. On the application, he listed his name as Ramon R. Perez, having a date of birth of November 10, 1928, a Social Security number of xxx-xx-8228, and stating he was "BORN/USA."

19.     In December 2002, defendant Perez-Rivera obtained a Kansas driver's license, which he renewed in 2006, 2010 and 2011. On each occasion, he represented to the examiners that his date of birth was November 10, 1928; that his SSN was xxx-xx-8228, and in 2006, 2010, and 2011, he specifically declared under penalty of perjury that he was lawfully present in the United States. Also, when he renewed his driver's license in 2011 at the north Wichita driver's license office on W. 21st St., he requested that his voter registration from 1999 be renewed.

20.     In June 2008, defendant Perez-Rivera applied to renew the U.S. passport he had obtained in 1997, again declaring under penalty of perjury that he was a United States citizen born November 10, 1928, in Guasti, California, and listing a Social Security number of xxx-xx-8228. That application was approved, and a new passport was issued to him on June 25, 2008.

21.     On June 23, 2011, the defendant attempted to apply for Supplemental

**5**

Security Income (SSI) benefits at the Wichita, Kansas, Social Security office, using the SSN of xxx-xx-8228 and the date of birth of T.A.P., November 10, 1928, which application was denied, as it had been on previous occasions when the defendant applied, because the Social Security Administration had documented in its records that Ramon Perez-Rivera was not, in fact, the T.A.P. who had been assigned SSN xxx-xx-8228 in 1949, but instead was an imposter born in Mexico who was unlawfully in the United States.

22.     Later on June 23, 2011, defendant Perez-Rivera was interviewed by a special agent of the Social Security Administration Office of Inspector General (SSA OIG). Defendant Perez-Rivera's wife, co-defendant Ortega-Vargas, acted as interpreter. Despite being advised by the agent that the agent knew defendant Perez-Rivera had obtained T.A.P.'s Social Security number and other identifiers by fraud, defendant Perez-Rivera continued to claim that he was born in the United States and was, in fact, a United States citizen, that his date of birth was November 10, 1928, and provided the following as proof of his identity:

a.     The Kansas driver's license issued November 5, 2010;

b.     A Kansas Medical Card;

c.     A Social Security card (xxx-xx-8228 bearing the name Ramon Perez-Rivera)

d.     The United States passport issued June 25, 2008;

e.     The amended California birth certificate issued May 21, 2004,

**6**

f.    Copies of papers from the Ventura County Superior Court relating to his petition for change of name;

g.    Copies of a Mexican birth certificate for Ramon Perez Rivera and a Mexican marriage certificate for Ramon Perez and Antonia Vargas; and

e.    A California driver's license in the name of T.A.P. issued May 26, 1993.

23.    Defendant Perez-Rivera continued to try to convince the agent he was actually T.A.P., that his date of birth was November 20, 1928, and was issued the SSN of xxx-xx-8228, and that the Ventura County, Calif., court documents prove he legally changed his name to Ramon Perez Rivera, at which time the agent explained that U.S. immigration records relating to Perez-Rivera, and Social Security records relating to T.A.P., as well as the birth certificate defendant Perez-Rivera had just provided to him, all proved he was the Ramon Perez-Rivera born December 19, 1932, in Guanajuata, Mexico. The agent took custody of the identity documents and court papers the defendant had shown him.

24.    Subsequently, on July 19, 2011, defendant Perez-Rivera attempted to renew his Kansas driver's license at the W. 21st St. office, claiming he had lost his driver's license when, in fact, it had been confiscated by the SSA OIG agent. He presented a California birth certificate bearing the name "Ramon Perez-Rivera" and a date and place of birth matching Kansas driver's license records, although the examiner noted that his name previously had been displayed in their system as "Ramon Rivera Perez," so he

changed it to "Ramon Perez-Rivera" as shown on the birth certificate. The defendant gave his SSN as xxx-xx-8228 and again declared under penalty of perjury that he was lawfully present in the United States. A replacement license was later mailed to the defendant.

25.     On June 29, 2012, defendant Perez-Rivera filed a new application for U.S. passport, again declaring under penalty of perjury that he was a United States citizen born November 10, 1928, in Guasti, California, this time claiming to have previously used the name "[T.A.P.]" and that his parents were "Angel Ponce" and "Hena Viva" and using his 2011 replacement Kansas driver's license as proof of his identity. However, the U.S. Department of State denied the application because its records had been updated to show that defendant Perez-Rivera was not a United States citizen.

26.     Paragraphs 1-25 are incorporated by reference into each of the following alleged crimes:

### *Charges Related to Alleged Passport Fraud*

### **COUNT 1**
### **(False Statement on a Passport Application)**

27.     On or about June 19, 2008, within the District of Kansas and elsewhere, defendant

### **RAMON PEREZ-RIVERA**

knowingly, intentionally and willfully made a false statement on an application for U.S. passport with the intent to secure the issuance of a passport under the authority of the

**8**

United States, in that he falsely declared under penalty of perjury that he was a citizen of the United States; that his date of birth was November xx, 1928; that his Social Security account number was xxx-xx-8228; and that he was born in Guasti, California, in violation of Title 18, United States Code, Sections 1542 and 2.

## COUNT 2
### (Misuse of a United States Passport)

28.     On or about June 19, 2008, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

unlawfully, willfully, knowingly and intentionally used a United States passport issued and designed for the use of another, T.A.P., to obtain a replacement United States Passport, in violation of Title 18, United States Code, Sections 1544 and 2.

## COUNT 3
### (False Statement on a Passport Application)

29.     On or about June 29, 2012, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

knowingly, intentionally and willfully made a false statement on an application for U.S. passport with the intent to secure the issuance of a passport under the authority of the United States, in that he falsely declared under penalty of perjury that he was a citizen of the United States; that his date of birth was November xx, 1928; that his Social Security account number was xxx-xx-8228; and that he was born in Guasti, California, in violation

of Title 18, United States Code, Sections 1542 and 2.

## COUNT 4
### (Misuse of a Social Security Number)

30.    On or about June 29, 2012, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

knowingly and with the intent to deceive the United States Department of State, and others, represented that he was assigned a specific Social Security account number when that Social Security account number was not assigned to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 5
### (False Claim of United States Citizenship)

31.    On or about June 29, 2012, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA,

a citizen of Mexico who is not a citizen or national of the United States, knowingly, intentionally, willfully and falsely represented himself to be a citizen of the United States in connection with his submission of an application for United States passport, in violation of Title 18, United States Code, Section 911.

## COUNT 6
### (Aggravated Identity Theft)

32.    On or about June 29, 2012, within the District of Kansas and elsewhere,

defendant

**RAMON PEREZ-RIVERA**

knowingly and intentionally used and possessed, without lawful authority, a means of identification he knew to be of another person during and in relation to the crimes alleged in Counts 3, 4 and 5, to wit: the name, Social Security account number, date of birth, and place of birth of T.A.P., in violation of Title 18, United States Code, Section 1028A(a)(1).

*Charge Related to Alleged Voter Registration Fraud*

### COUNT 7
### (False Claim of Citizenship in Voter Registration)

33.    On or about November 5, 2010, in the District of Kansas, defendant

**RAMON PEREZ-RIVERA**

knowingly made a false statement and claim that he is a citizen of the United States in order to register to vote in a federal, state and local election, in that on April 15, 1999, he completed, signed and submitted to State of Kansas election officials a Kansas Voter Registration Application in which he falsely claimed to be a citizen of the United States and claimed to be born in the United States, then on November 5, 2010, during the process of renewing a Kansas driver's license, he specifically requested that the previously submitted voter registration application be reinstated, in violation of Title 18, United States Code, Section 1015(f) and 2.

*Charges Related to Alleged Medicaid Fraud*

## COUNT 8
### (False Statement to Obtain Medicaid Benefits)

34.    On or about March 5, 2010, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

knowingly and intentionally made a false statement and representation of a material fact in an application for Medicaid, a program that provides health benefits funded in part by the United States and administered by the State of Kansas, in that the defendant claimed on the application to be a United States citizen when, in fact, he is a citizen of Mexico unlawfully present in the United States, which disqualifies him from receiving Medicaid benefits, and as a result, he received benefits to which he was not entitled, in violation of Title 42, United States Code, Section 1320a-7b(a)(1) and (f).

## COUNT 9
### (False Claim of Citizenship to Obtain Federal or State Benefits)

35.    On or about March 5, 2010, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

knowingly made a false statement and claim that he was a citizen of the United States with the intent to obtain federal and state benefits and services, to wit: Medicaid benefits through the State of Kansas, in violation of Title 18, United States Code, Section 1015(e).

**12**

## COUNT 10
### (Misuse of a Social Security Number)

36.     On or about March 5, 2010, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

knowingly and with the intent to deceive the State of Kansas, and others, in connection with his application for Medicaid benefits, represented that he was assigned a specific Social Security account number when that Social Security account number was not assigned to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 11
### (Aggravated Identity Theft)

37.     On or about March 5, 2010, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

knowingly and intentionally used and possessed, without lawful authority, a means of identification he knew to be of another person, during and in relation to the crimes alleged in Counts 9 and 10, to wit: the name, Social Security account number, date of birth, and place of birth of T.A.P., in violation of Title 18, United States Code, Section 1028A(a)(1) and 2.

*Charges Related to Alleged Food Stamp Fraud*

## COUNT 12
### (False Statement to Obtain Food Stamps)

38.    On or about March 5, 2010, within the District of Kansas and elsewhere,

the defendants,

**RAMON PEREZ-RIVERA**
and
**ANTONIA ORTEGA-VARGAS,**

in a matter within the jurisdiction of the United States Department of Agriculture,

knowingly and intentionally made a materially false and fraudulent statement and

representation on a joint application for Supplemental Nutrition Assistance Program

(SNAP) benefits, in that defendant Perez-Rivera falsely claimed to be a United States

citizen on the application, and provided a false Social Security number, and provided a

false date of birth; and defendant Ortega-Vargas falsely claimed, under penalty of

perjury, that the information contained in the application was true and correct when, as

she well knew, it was not; and as a result, the defendants received SNAP benefits to

which they were not entitled, in violation of Title 18, United States Code Sections

1001(a)(1) and (3).

## COUNT 13
### (False Claim of Citizenship to Obtain Federal or State Benefits)

39.    On or about March 5, 2010, within the District of Kansas and elsewhere,

defendant

**14**

**RAMON PEREZ-RIVERA**

knowingly made a false statement and claim that he was a citizen of the United States with the intent to obtain federal and state benefits and services, to wit: SNAP benefits, in violation of Title 18, United States Code, Section 1015(e).

## COUNT 14
### (Misuse of a Social Security Number)

40.     On or about March 5, 2010, within the District of Kansas and elsewhere, defendant

**RAMON PEREZ-RIVERA**

knowingly and with the intent to deceive the State of Kansas, and others, in connection with his application for SNAP benefits, represented that he was assigned a specific Social Security account number when that Social Security account number was not assigned to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 15
### (False Statement to Obtain Food Stamps)

41.     On or about January 8, 2013, within the District of Kansas and elsewhere, the defendants,

**RAMON PEREZ-RIVERA**
and
**ANTONIA ORTEGA-VARGAS,**

in a matter within the jurisdiction of the United States Department of Agriculture, knowingly and intentionally made a materially false and fraudulent statement and representation on a joint application for Supplemental Nutrition Assistance Program

**15**

(SNAP) benefits, in that defendant Perez-Rivera falsely claimed to be a United States citizen on the application, and provided a false Social Security number, and provided a false date of birth; and defendant Ortega-Vargas falsely claimed, under penalty of perjury, that the information contained in the application was true and correct when, as she well knew, it was not; and as a result, the defendants received SNAP benefits to which they was not entitled, in violation of Title 18, United States Code Sections 1001(a)(1) and (3).

## COUNT 16
### (False Claim of Citizenship to Obtain Federal or State Benefits)

42.     On or about January 8, 2013, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

knowingly made a false statement and claim that he was a citizen of the United States with the intent to obtain federal and state benefits and services, to wit: SNAP benefits, in violation of Title 18, United States Code, Section 1015(e).

## COUNT 17
### (Misuse of a Social Security Number)

43.     On or about January 8, 2013, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

knowingly and with the intent to deceive the State of Kansas, and others, in connection with his application for SNAP benefits, represented that he was assigned a specific Social

**16**

Security account number when that Social Security account number was not assigned to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 18
### (Aggravated Identity Theft)

44.   On or about January 8, 2013, within the District of Kansas and elsewhere, the defendants,

**RAMON PEREZ-RIVERA**
and
**ANTONIA ORTEGA-VARGAS,**

knowingly and intentionally used and possessed, without lawful authority, means of identification they knew to be of another person, during and in relation to the crimes alleged in Counts 12 and 15, to wit: the name, Social Security account number, date of birth, and place of birth of T.A.P., in violation of Title 18, United States Code, Section 1028A(a)(1) and 2.

*Charges Related to Alleged Document Fraud*

## COUNT 19
### (Unlawful Production of an Identification Document)

45.   On or about November 5, 2010, within the District of Kansas and elsewhere, defendant

**RAMON PEREZ-RIVERA**

knowingly, intentionally and without lawful authority, in and affecting interstate commerce, produced and aided and abetted the production of an identification document, to wit: a State of Kansas driver's license; in that the defendant represented to the Kansas

Department of Revenue that he was lawfully present in the United States when he was not; and represented a Social Security account number to be his when it was not assigned to him; and represented his date of birth to be November xx, 1928, when that was not his date of birth; in violation of Title 18, United States Code, Sections 1028(a)(1) and 2.

## COUNT 20
### (Misuse of a Social Security Number)

46.     On or about November 5, 2010, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

knowingly and with the intent to deceive the Kansas Department of Revenue, and others, in connection with his obtaining of a Kansas driver's license, represented that he was assigned a specific Social Security account number when that Social Security account number was not assigned to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 21
### (Unlawful Production of an Identification Document)

47.     On or about July 19, 2011, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

knowingly, intentionally and without lawful authority, in and affecting interstate commerce, produced and aided and abetted the production of an identification document, to wit: a State of Kansas driver's license; in that the defendant represented to the Kansas

Department of Revenue that he was lawfully present in the United States when he was not; and represented a Social Security account number to be his when it was not assigned to him; and represented his date of birth to be November xx, 1928, when that was not his date of birth; and presented a fraudulently obtained California birth certificate as proof of his identity; in violation of Title 18, United States Code, Sections 1028(a)(1) and 2.

## COUNT 22
### (Use of False Documents)

48.    On or about July 19, 2011, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA,

a citizen of Mexico who is not a citizen or national of the United States, knowingly and intentionally possessed and used documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States knowing them to have been procured by fraud and unlawfully obtained, to wit: a California birth certificate; in violation of Title 18, United States Code, Section 1546(a).

## COUNT 23
### (Misuse of a Social Security Number)

49.    On or about July 19, 2011, within the District of Kansas and elsewhere, defendant

### RAMON PEREZ-RIVERA

knowingly and with the intent to deceive the Kansas Department of Revenue, and others, in connection with his obtaining of a Kansas driver's license, represented that he was

assigned a specific Social Security account number when that Social Security account number was not assigned to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 24
### (Aggravated Identity Theft)

50.    On or about November 5, 2010, and on or about July 19, 2011, within the District of Kansas and elsewhere, defendant

## RAMON PEREZ-RIVERA

knowingly and intentionally used and possessed, without lawful authority, a means of identification he knew to be of another person, during and in relation to the crimes alleged in Counts 19, 20, 21, 22 and 23, to wit: the Social Security account number, date of birth, and place of birth of T.A.P., in violation of Title 18, United States Code, Section 1028A(a)(1).

### *Charges Related to False Statements to the Social Security Administration*

## COUNT 25
### (False Statements to the Social Security Administration)

51.    On or about June 23, 2011, within the District of Kansas, defendant

## RAMON PEREZ-RIVERA,

in a matter within the jurisdiction of the Social Security Administration, knowingly and intentionally made a materially false and fraudulent statement and representation in connection with his attempt to apply for SSA Supplemental Security Income (SSI)

benefits, in that he falsely stated and represented that he was a U.S. citizen; that Social Security number xxx-xx-8228 was assigned to him; that he was born on November xx, 1928; and that he was born in Guasti, California; in violation of Title 18, United States Code Sections 1001(a)(1) and (3).

## COUNT 26
### (False Statements to a Special Agent
### of the Social Security Administration Office of Inspector General)

52.    On or about June 23, 2011, within the District of Kansas, defendant

**RAMON PEREZ-RIVERA**,

in a matter within the jurisdiction of the Social Security Administration, knowingly and intentionally made a materially false and fraudulent statement and representation to a special agent of the SSA Office of Inspector General investigating a fraud allegation against the defendant, in that the defendant falsely told the agent the defendant was a United States citizen; that Social Security number xxx-xx-8228 was assigned to him; that he was born on November xx, 1928; and that he was born in Guasti, California; that his birth name was T.A.P.; and that his parents were Angel Ponce and Hena Veva; in violation of Title 18, United States Code Sections 1001(a)(1) and (3).

## COUNT 27
### (Possession and Use of False Documents)

53.    On or about June 23, 2011, within the District of Kansas and elsewhere, defendant

**RAMON PEREZ-RIVERA**,

**21**

a citizen of Mexico who is not a citizen or national of the United States, knowingly and intentionally possessed and used documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States knowing them to have been procured by fraud and unlawfully obtained, to wit:

a.     A Social Security card (xxx-xx-8228 bearing the name Ramon Perez-Rivera);

b.     A United States passport issued June 25, 2008; and

c.     An amended California birth certificate issued May 21, 2004;

in violation of Title 18, United States Code, Section 1546(a).

## COUNT 28
### (Misuse of a Social Security Number)

54.     On or about June 23, 2011, within the District of Kansas, defendant

**RAMON PEREZ-RIVERA**,

knowingly and with the intent to deceive the Social Security Administration, and others, represented that he was assigned a specific Social Security account number when that Social Security account number was not assigned to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 29
### (False Claim of United States Citizenship)

55.     On or about June 23, 2011, in the District of Kansas, defendant

**RAMON PEREZ-RIVERA**,

a citizen of Mexico who is not a citizen or national of the United States, knowingly,

**22**

intentionally, willfully and falsely represented himself to be a citizen of the United States to agents and employees of the Social Security Administration, in violation of Title 18, United States Code, Section 911.

## COUNT 30
### (Misprision of a Felony)

56.    On or about June 23, 2011, within the District of Kansas, defendant

**ANTONIA ORTEGA-VARGAS**,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: violations of 18 U.S.C. § 1001(a) (false statement to the U.S. government); 18 U.S.C. § 1546(a) (document fraud); 42 U.S.C. § 408(a)(7)(B) (misuse of a Social Security number); and 18 U.S.C. § 911 (false claim of U.S. citizenship); concealed and did not as soon as possible make known the same to a judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

## COUNT 31
### (False Statements to the Social Security Administration)

57.    On or about May 29, 2014, within the District of Kansas, the defendants,

**RAMON PEREZ-RIVERA**
and
**ANTONIA ORTEGA-VARGAS**,

in a matter within the jurisdiction of the Social Security Administration, knowingly and intentionally made a materially false and fraudulent statement and representation in connection with defendant Perez-Rivera's attempt to again apply for SSA benefits, in that

**23**

defendant Perez-Rivera stated and represented that he was a United States citizen; that Social Security number xxx-xx-8228 was assigned to him; that he was born on November xx, 1928; and that he was born in Guasti, California; and defendant Ortega-Vargas stated and represented that defendant Perez-Rivera was born in California when, as she well knew, he was born in Mexico; in violation of Title 18, United States Code, Sections 1001(a)(1) and (3) and Title 18, United States Code, Section 2.

## COUNT 32
### (Aggravated Identity Theft)

58.    On or about June 23, 2011, in the District of Kansas, the defendants,

**RAMON PEREZ-RIVERA**
and
**ANTONIA ORTEGA-VARGAS**,

knowingly and intentionally used and possessed, without lawful authority, means of identification they knew to be of another person, during and in relation to the crimes alleged in Counts 25, 26, 27, 28 and 29, to wit: the Social Security account number, date of birth, and place of birth of T.A.P.; a Social Security card bearing the defendant's name but the Social Security account number assigned to T.A.P.; a United States passport bearing the defendant's name but identifying information associated with T.A.P.; and a California birth record bearing the defendant's name but identifying information associated with T.A.P.; in violation of Title 18, United States Code, Section 1028A(a)(1).

**24**

## COUNT 33
### (Harboring an Alien Unlawfully in the U.S.)

59.    In 2014, within the District of Kansas, defendant

### ANTONIA ORTEGA-VARGAS,

knowing and recklessly disregarding the fact that an alien, Ramon Perez-Rivera, remained in the United States in violation of law, intentionally harbored such alien at her residence, 1137 N. Cleveland, Wichita, Kansas, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (v)(II).

**A TRUE BILL.**

10/8/2014
Date

/s/ Foreman
Foreman of the Grand Jury

/s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
barry.grissom@usdoj.gov
Kan. Sup. Ct. No. 10866

[It is requested that jury trial be held in Wichita, Kansas.]