IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | }    No.   14-10176-01-EFM |
| | } |
| **RAMON PEREZ-RIVERA**, | } |
| | } |
| Defendant. | } |

## SUPERSEDING INFORMATION

The United States Attorney charges:

## COUNT 1

That on or about June 29, 2012, within the District of Kansas and elsewhere, the defendant,

## RAMON PEREZ-RIVERA,

knowingly, intentionally and with the intent to deceive the United States Department of State, and others, represented that he was assigned a specific Social Security account number that was not assigned to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 2

That on or about July 19, 2011, within the District of Kansas, the defendant,

## RAMON PEREZ-RIVERA,

a citizen of Mexico who is not a citizen or national of the United States, knowingly and intentionally possessed a document prescribed by statute and regulation as evidence of

authorized stay or employment in the U.S. knowing it to have been unlawfully obtained, that is, a State of California birth certificate, in violation of Title 18, United States Code, Section 1546(a).

### COUNT 3

That on or about May 29, 2014, within the District of Kansas, the defendant,

**RAMON PEREZ-RIVERA,**

a citizen of Mexico who is not a citizen or national of the United States and who previously had been denied admission to the United States, was found in the United States after having voluntarily re-entered and without having obtained the consent of the Attorney General of the United States and the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), with reference to Title 6, United States Code, Sections 202(3), 202(4) and 557.

BARRY R. GRISSOM
United States Attorney

By:  /s/ Brent I. Anderson
Brent I. Anderson, Bar No. 11611
Assistant U.S. Attorney
301 N. Main, Suite 1200
Wichita, Kansas      67202
(316) 269-6481