## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | } Case No. **14-10176-02-EFM** |
| | } |
| **ANTONIA VARGAS-ORTEGA,** | } |
| | } |
| Defendant. | } |

### ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE

The United States has moved to dismiss the indictment herein, without prejudice, with the request that the case be closed. The defendant, by her lawyer, Kurt P. Kerns, does not oppose the motion. Therefore, the Court grants the motion and hereby dismisses the Indictment herein, without prejudice, with directions that the case be closed.

It is by the Court so ordered this 12th day of August, 2015.

*Eric F. Melgren*

ERIC F. MELGREN
United States District Judge
District of Kansas