AO 245C    (Rev. 09/11 - D/KS 08/12) Amended Judgment in a Criminal Case                      (NOTE:  Identify Changes with Asterisks (*))
Sheet 2 – Imprisonment

Judgment – Page **1** of **6**

DEFENDANT:    Ramon  Perez-Rivera
CASE NUMBER:    6:14CR10176 - 001

# United States District Court
## District of Kansas

UNITED STATES OF AMERICA
v.
Ramon  Perez-Rivera

**AMENDED JUDGMENT IN A CRIMINAL CASE**

Case Number:  6:14CR10176 - 001

USM Number:  24900-031

**Date of Original Judgment:**    __October 21, 2015__
(Or Date of Last Amended Judgment)

Defendant's Attorney:  David J. Freund

**Reason for Amendment:**

[ ]  Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
[ ]  Reduction of Sentence for Changed Circumstances (Fed. R.Crim.P.35(b))
[ ]  Correction of Sentence by Sentencing Court (Fed.R.Crim.P.35(a)
[X]  Correction of Sentence for Clerical Mistake (Fed.R.Crim.P.36)

[ ]  Modification of Supervision Conditions (18 U.S.C § 3563(c) or 3583(e))
[ ]  Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. §3582(c)(1))
[ ]  Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
[ ]  Direct Motion to District Court Pursuant to   [ ]  28 U.S.C. § 2255, or
                                                                      [ ]  18 U.S.C. § 3559(c)(7)
[ ]  Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT:

☒    pleaded guilty to counts:  <u>1, 2, and 3 of the Second Superseding Information</u>.
☐    pleaded nolo contendere to count(s) __ which was accepted by the court.
☐    was found guilty on count(s) __ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 42 U.S.C. § 408(a)(8) | UNLAWFUL DISCLOSURE OF A SOCIAL SECURITY NUMBER, a Class D Felony | 06/29/2012 | 1 |
| 18 U.S.C. § 1546(a) | POSSESSION OF UNLAWFULLY OBTAINED IDENTIFICATION DOCUMENTS, a Class C Felony | 07/19/2011 | 2 |
| 8 U.S.C. § 1326(a) | ILLEGAL RE-ENTRY AFTER DENIAL OF ADMISSION, a Class E Felony | 05/29/2014 | 3 |

 The defendant is sentenced as provided in pages 1 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has been found not guilty on count(s) __.

☒    Counts <u>1 through 29, 31 and 32 of the Indictment; 1, 2 and 3 of the Superseding Information</u> are dismissed on the motion of the United States.

     IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

AO 245C     (Rev. 09/11 - D/KS 08/12) Amended Judgment in a Criminal Case          (NOTE:  Identify Changes with Asterisks (*))
            Sheet 2 – Imprisonment

Judgment – Page **2** of **6**

DEFENDANT:      Ramon  Perez-Rivera
CASE NUMBER:    6:14CR10176 - 001


*10/26/2015
Date of Imposition of Judgment


s/   Eric F. Melgren
Signature of Judge


Honorable Eric F. Melgren, U.S. District Judge
Name & Title of Judge


10/26/2015
Date

AO 245C      (Rev. 09/11 - D/KS 08/12) Amended Judgment in a Criminal Case                    (NOTE:  Identify Changes with Asterisks (*))
           Sheet 2 – Imprisonment

DEFENDANT:      Ramon  Perez-Rivera
CASE NUMBER:    6:14CR10176 - 001

# IMPRISONMENT

        The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of
<u>Time Served</u>.

        Counts 1, 2 and 3 - Time Served on each Count.

☐      The Court makes the following recommendations to the Bureau of Prisons:

☐      The defendant is remanded to the custody of the United States Marshal.

☐      The defendant shall surrender to the United States Marshal for this district.

        ☐ at ___ on ___.

        ☐ as notified by the United States Marshal.

☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☐ before ___ on ___.

        ☐ as notified by the United States Marshal.

        ☐ as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


                                                    _____
                                                                UNITED STATES MARSHAL


                                            By _____
                                                            Deputy U.S.  Marshal

AO 245C     (Rev. 09/11 - D/KS 08/12) Amended Judgment in a Criminal Case                     (NOTE:  Identify Changes with Asterisks (*))
            Sheet 3C - Supervised Release

Judgment – Page **4** of **6**

DEFENDANT:       Ramon  Perez-Rivera
CASE NUMBER:   6:14CR10176 - 001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>3 years</u>. *The term of supervision will be unsupervised.

Counts 1 & 2: 3 years on each Count; Count 3: 1 year. All terms to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☒       The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check if applicable)*

☒       The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check if applicable)*

☒       The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check if applicable)*

☐       The defendant shall register as a sex offender, and keep the registration current, in each jurisdiction where the defendant resides, where the defendant is an employee, and where the defendant is a student.  For initial registration purposes only, the defendant shall also register in the jurisdiction in which convicted, if such jurisdiction is different from the jurisdiction of residence.  Registration shall occur not later than 3 business days after being sentenced, if the defendant is not sentenced to a term of imprisonment.  The defendant shall, not later than 3 business days after each change in name, residence, employment, or student status, appear in person in at least one jurisdiction in which the defendant is registered and inform that jurisdiction of all changes in the information required.  *(Check if applicable)*

☐       The defendant shall participate in an approved program for domestic violence. *(Check if applicable)*

If this judgment imposes a fine or restitution, it is to be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the special conditions that have been adopted by this court.

# SPECIAL CONDITIONS OF SUPERVISION

1.      The defendant will not use the name, date of birth, place of birth, or any other information related to the person whose identity he had been using in his offenses of conviction. The initials of this person are T.A.P.

2.      The defendant will not apply for or receive any governmental benefit while in the United States unless expressly authorized by law.

3.      The defendant shall comply with all directives of immigration officials relating to residency status in the United States and the determination of potential removal from the United States.

4.      The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or any other dangerous weapon.

AO 245C    (Rev. 09/11 - D/KS 08/12) Amended Judgment in a Criminal Case    (NOTE:  Identify Changes with Asterisks (*))
            Sheet 5 – Criminal Monetary Penalties

Judgment – Page **5** of **6**

DEFENDANT:    Ramon  Perez-Rivera
CASE NUMBER:   6:14CR10176 - 001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the Schedule of Payments set forth in this Judgment.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $300 | Waived | Not applicable |

☐    The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐    The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Totals: | $ | $ | |

☐    Restitution amount ordered pursuant to plea agreement $___ .

☐    The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth in this Judgment may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C    (Rev. 09/11 - D/KS 08/12) Amended Judgment in a Criminal Case            (NOTE: Identify Changes with Asterisks (*))
Sheet 6 – Schedule of Payments

Judgment – Page **6** of **6**

DEFENDANT:      Ramon  Perez-Rivera
CASE NUMBER:   6:14CR10176 - 001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    ☐    Lump sum payment of $___ due immediately, balance due
           ☐  not later than ___, or
           ☐  in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B    ☒    Payment to begin immediately (may be combined with ☒ C, ☐ D, or ☒ F below); or

C    ☒    Payment in monthly installments of not less than $10 to commence __30_ days after the date of this judgment; or

D    ☐    Payment of not less than 10%  of the funds deposited each month into the inmate's trust fund account and monthly installments of not less than 5% of the defendant's monthly gross household income over a period of ____ years, to commence ___ days after release from imprisonment to a term of supervision;  or

E    ☐    Payment during the term of supervised release will commence within ____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☒    Special instructions regarding the payment of criminal monetary penalties:

If restitution is ordered, the Clerk, U.S. District Court, may hold and accumulate restitution payments, without distribution, until the amount accumulated is such that the minimum distribution to any restitution victim will not be less than $25.

Payments should be made to Clerk, U.S. District Court, U.S. Courthouse - Room 259, 500 State Avenue, Kansas City, Kansas 66101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐      Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount Joint and Several Amount and corresponding payee, if appropriate.

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States.  Payments against any money judgment ordered as part of a forfeiture order should be made payable to the United States of America, c/o United States Attorney, Attn: Asset Forfeiture Unit, 1200 Epic Center, 301 N. Main, Wichita, Kansas 67202.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.